**PPP Funds Fully Depleted...**
Sent via Marketing
**Apr 16**
**Lendio** sent: *April 16, 2020 7:21 PM via Marketing*
to ███████████████

April 16, 2020, 7:21 PM



Hi {{ contact.firstname }},

The SBA has notified banks that the $350B in initial funds for the Paycheck Protection Program (PPP) have been exhausted. We're proud to say that we have been able to help over 27,000 small businesses get approved for funding -- many of which had no opportunity to get access to PPP funds through their local bank. **Unfortunately, it appears your application was either missing data or had invalid information and we were not able to submit it for approval.** We know that this is frustrating, but the fight is not over.

Additional funding for the program is currently under review by Congress, and it appears there is strong bipartisan support to provide this funding. Unfortunately, Congress has delayed the allocation of additional funds to the program. In an effort to accelerate the approval, we have put together a petition to encourage them to take action. We invite you to join us by signing the petition and sharing it with friends, family, and other small business owners that have also been negatively impacted.

Given that, what should you do next? We believe additional funds will come. To take advantage when they do, we need you to make **absolutely sure** your application contains valid information and all necessary documents. Here is a brief guide on how to do that.

In terms of the way forward once your app is fully complete, **our CEO, Brock Blake, will be doing a YouTube LIVE tomorrow April 17, 2020 at 12:30 pm PT / 3:30 pm ET**. We invite you to join in for further clarity.

We encourage you to reach out to your Senator and Representative to ask them to take action by allocating additional funds to the PPP program. We've put together a blog

AB0454

FI-LE-ABE-01-00001.12

post with a sample script to use. You can also use ResistBot to send them an email, fax or letter. Text 'resist' to 50409 to make sure they know how important it is to act now.

We haven't given up and are still in your corner!



AB0455

FI-LE-ABE-01-00001.13