| | |
|---|---|
| From: | Carl Kruelle |
| To: | Rocco Perate |
| Cc: | Nick Patel; |
| Subject: | Re: [EXTERNAL] Fwd: Allison Baver Entertainment PPP Loan |
| Date: | Friday, April 24, 2020 8:55:20 PM |
| Attachments: | image001.png |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Rocco,

All your requests are reasonable. I copied Allison so she can respond and provide the info.

Thank you. Carl

On Fri, Apr 24, 2020 at 5:55 PM Rocco Perate <rperate@meridianbanker.com> wrote:

> Carl – we will need her driver's license, entity docs, the attached calculator completed with all support docs, date business was formed and funding instructions. We generally want a bank account opened at our bank to deposit the PPP funds into, will that be an issue?
>
> Warm regards,
>
> **Rocco P. Perate**
>
> Senior Vice President
>
> Small Business Administration Lending | Meridian Bank
>
> 1760 Market Street, Suite 704
>
> Philadelphia, PA 19103
>
> p: 215-454-2846 | c:
>
> e: rperate@meridianbanker.com
>
> 
>
> *Please ask me about our banking products for your business!*

INT-AB-01-00012

Upload Secure Documents Here

NOTICE: This email and any files transmitted with it are confidential and intended solely for the use of the entity or individual to whom they are addressed. If you have received this email in error, please notify the sender immediately and delete this email and destroy all attachments from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited. Any views, statements, or opinions presented in this email are solely those of the author and do not necessarily represent those of Meridian Bank. Information received or sent from this system is subject to review by supervisory personnel, may be retained, and may be produced to regulatory or legal authorities or others with a legal right to the information

**From:** Carl Kruelle <chkruelle@gmail.com>
**Sent:** Friday, April 24, 2020 4:49 PM
**To:** Rocco Perate <rperate@meridianbanker.com>
**Subject:** [EXTERNAL] Fwd: Allison Baver Entertainment PPP Loan

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Hi Rocco.

Long time no chat; I hope you're well!

I'm writing you as Allison Baver Entertainment is seeking a PPP loan for up to $10mm. Allison, copied on this email, is a former short track Olympian and has taken that drive, as well as acting and marketing talent, to the next stage in her career. She has a TV show (America's Angels -- like Shark Tank but with a focus on women-owned businesses) with distribution rights in place as well as two movies with distribution as well. She's been informed by the SBA that her firm qualifies which also seems to be borne out by SBA PPP web site criteria. However, she's not confident the local Utah bank(s) she's approached would approve in a timely manner and other banks are unsure of SBA guidance as related to her Covid-19 impact.

Please see Allison's email below and advise if someone within the SBA can confirm that Allison's company qualifies for a SBA loan. By the way, she was born and raised in Southeastern PA (Reading); so a great local story!

INT-AB-01-00013

Thank you. Carl

---------- Forwarded message ---------
From: **Allison Baver** <​█​>
Date: Fri, Apr 24, 2020 at 1:46 PM
Subject: Allison Baver Entertainment PPP Loan
To: Carl Kruelle <chkruelle@gmail.com>

Hello Carl,

Allison Baver Entertainment is eligible for PPP loan as a new business established in Oct. 2019 and from what folks at the SBA have told me is to work with a banks to qualify the loan using different applicable time period for the payroll, which in my case would be the months disabled due to Covid-19.

Right now most banks are only accepting existing customers and the ones I have spoken with require the past 12 months or Jan./Feb. 2020 payroll, which does not apply to my new entertainment company because of the timeline, I had only paid an attorney for the projects in operations.  You see, we had a TV show and two films scheduled to start production in Spring 2020 and these projects employ 430 people with the PPP loan amount of $8.3M.  One of the projects is a TV that we received a distribution offer from A + E Network to air the show Q4 this year! The show is called America's Angels and helps women driven business, employs 80 people and will have a substantial impact for women in closing the socioeconomic gap.

I did speak to one bank who said if I can have someone qualified at the SBA confirm that the bank is allowed to qualify the loan for new business based on the COVID-19 losses during the months for the projects and hires scheduled for this applicable time period, they will approve the loan immediately.   Do you know anyone who can please assist and provide that confirmation?

I have included my Good Faith Statement and Table of Contents of the business and payroll documents found at below downloadable link.

INT-AB-01-00014

Allison Baver Entertainment PPP Loan Package:

https://drive.google.com/drive/folders/1wNNdx_5OZjtfSzfxK3YribK6GA_VuK6n?usp=sharing

If you have any questions, please contact me at ▮▮▮▮▮▮▮▮ or by email.

Thank you!

Allison Baver

INT-AB-01-00015