Scott F. Garrett (8687)
**DENTONS DURHAM JONES PINEGAR P.C.**
192 East 200 North, Third Floor
St. George, Utah 84770
Telephone: (435) 674-0400
Facsimile: (453) 628-1610
scott.garrett@dentons.com

R. Blake Hamilton (11395)
**DENTONS DURHAM JONES PINEGAR P.C.**
111 S. Main Street, Suite 2400
Salt Lake City, UT 84111
Telephone: (801) 415-3000
Facsimile: (801) 415-3500
blake.hamilton@dentons.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALLISON MARIE BAVER, and ALLISON BAVER ENTERTAINMENT, LLC,<br><br>Defendants. | **ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL**<br><br>Case No. 2:21-cr-00520<br><br>Judge Jill N. Parrish |

This matter has been reviewed by the Court on a Motion to Withdraw as Counsel filed by R. Blake Hamilton and Scott F. Garrett of the law firm Dentons Durham Jones Pinegar, P.C., the Court being fully advised and good cause appearing, IT IS HEREBY ORDERED:

R. Blake Hamilton and Scott F. Garrett are hereby granted leave to withdraw as counsel of record for Allison Marie Baver and Allison Baver Entertainment, LLC.

Dated this _____ day of November, 2022.

BY THE COURT:

_____
Jill N. Parrish
United States District Court Judge