SCOTT KEITH WILSON, Federal Public Defender (#7347)
KRISTEN R. ANGELOS, Assistant Federal Public Defender (#8314)
ROBERT K. HUNT, Assistant Federal Public Defender (#5722)
OFFICE OF THE FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Email:   kris_angelos@fd.org and robert_hunt@fd.org

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALLISON MARIE BAVER,<br><br>Defendant. | RESPONSE TO GOVERNMENT'S MOTION TO EXTEND PRETRIAL DEADLINES<br><br><br>Case No. 2:21-cr-00520 JNP |

Allison Marie Baver, through counsel, stipulates to the Government's Motion to Extend Pretrial Deadlines. Doc. 65

DATED this 21st day of December, 2022.


                                              */s/ Kristen R. Angelos*
                                              KRISTEN R. ANGELOS
                                              Assistant Federal Public Defender


                                              */s/ Robert K. Hunt*
                                              ROBERT K. HUNT
                                              Assistant Federal Public Defender