TRINA A. HIGGINS, United States Attorney (# 7349)
JENNIFER MUYSKENS, Assistant United States Attorney (# DC 475353)
AARON B. CLARK, Assistant United States Attorney (# 15404)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00520 |
|---|---|
| Plaintiff, | |
| vs. | NOTICE OF WITHDRAWAL OF COUNSEL |
| BAVER et al., | |
| Defendants. | Judge Jill N. Parrish |

PLEASE TAKE NOTICE that Assistant United States Attorney Aaron B. Clark is hereby withdrawn as counsel for the Plaintiff in the above-entitled case.

DATED this 21st day of December 2022.

TRINA A. HIGGINS
United States Attorney

*/s/ Aaron B. Clark*
AARON B. CLARK
Assistant United States Attorney