# Exhibit 2

Seizure Warrant

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Utah

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
    See Assets Listed In Attachment A )   Case No. 2:20mj808:DAO
 )
 )

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____Central_____ District of _____Utah_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

See Assets Listed in Attachment A.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before _____
                                                                                                   *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to
        Honorable Daphne A. Oberg_____.
        *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
  ☐ for _____ days (not to exceed 30)      ☐ until, the facts justifying, the later specific date of _____

Date and time issued: October 9, 2020 at 2:20 pm           *Daphne A. Oberg*
                                                                                          *Judge's signature*

City and state:   Salt Lake City, Utah                      Daphne A. Oberg, United States Magistrate Judge
                                                                                                   *Printed name and title*

## Attachment A

## FUNDS IN BANK ACCOUNTS

| Bank | Account No. | Account Owner | Funds to be Seized |
|---|---|---|---|
| Meridian Bank | 4428439 | ALLISON BAVER | Up to $10,000,000 |
| Meridian Bank | 4062022 | ALLISON BAVER | Up to $10,000,000 |
| Meridian Bank | 4064101 | ALLISON BAVER | Up to $10,000,000 |
| First Internet Bank ("FIB") | 301674629 | ALLISON BAVER | Up to $10,000,000 |
| First Internet Bank ("FIB") | 301706521 | ALLISON BAVER | Up to $10,000,000 |
| First Internet Bank ("FIB") | 301706539 | ALLISON BAVER | Up to $10,000,000 |

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of:

Inventory of the property taken:

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

Local AO 108UT - Application for a Warrant to Seize Property Subject to Forfeiture by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
## for the
### District of Utah

| | |
|---|---|
| In the Matter of the Seizure of *(Briefly describe the property to be seized)* See Assets Listed in Attachment A | ) ) ) ) ) Case No. 2:20mj808-DAO |

### APPLICATION FOR A WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS
(Local AO 108UT)

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the ___Central___ District of ___Utah___ is subject to forfeiture to the United States of America under ___18___ U.S.C. § ___981(a)(1)(C)___ *(describe the property):*

and 28 U.S.C. § 2461(c); 18 U.S.C. §§ 982(a)(1) and 982(b); and 21 U.S.C. § 853(p);

See Assets Listed in Attachment A and incorpoated herein by referernce.

The application is based on these facts:

See Affidavit of Jason Henrikson in Support of an Appication for a Seizure Warrant attached hereto and incorporated fully herein by reference.

☑ Continued on the attached sheet.

*Applicant's signature*

Jason Henrikson, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

_____
(specify reliable electronic means).

Date: October 9, 2020

City and state: Salt Lake City, Utah

*Judge's signature*

Daphne A. Oberg, United States Magistrate Judge
*Printed name and title*

## Attachment A

## FUNDS IN BANK ACCOUNTS

| Bank | Account No. | Account Owner | Funds to be Seized |
|---|---|---|---|
| Meridian Bank | 4428439 | ALLISON BAVER | Up to $10,000,000 |
| Meridian Bank | 4062022 | ALLISON BAVER | Up to $10,000,000 |
| Meridian Bank | 4064101 | ALLISON BAVER | Up to $10,000,000 |
| First Internet Bank ("FIB") | 301674629 | ALLISON BAVER | Up to $10,000,000 |
| First Internet Bank ("FIB") | 301706521 | ALLISON BAVER | Up to $10,000,000 |
| First Internet Bank ("FIB") | 301706539 | ALLISON BAVER | Up to $10,000,000 |

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Utah

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br><br>See Assets Listed in Attachment A | )<br>)<br>) Case No. 2:20mj808 DAO<br>)<br>) |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____Central_____ District of _____Utah_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

See Assets Listed in Attachment A.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before _____
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to
_____Honorable Daphne A. Oberg_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____

Date and time issued: October 9, 2020 at 2:20 pm           *Daphne A. Oberg*
                                                            *Judge's signature*

City and state:   Salt Lake City, Utah          Daphne A. Oberg, United States Magistrate Judge
                                                *Printed name and title*

## Attachment A

### FUNDS IN BANK ACCOUNTS

| Bank | Account No. | Account Owner | Funds to be Seized |
|---|---|---|---|
| Meridian Bank | 4428439 | ALLISON BAVER | Up to $10,000,000 |
| Meridian Bank | 4062022 | ALLISON BAVER | Up to $10,000,000 |
| Meridian Bank | 4064101 | ALLISON BAVER | Up to $10,000,000 |
| First Internet Bank ("FIB") | 301674629 | ALLISON BAVER | Up to $10,000,000 |
| First Internet Bank ("FIB") | 301706521 | ALLISON BAVER | Up to $10,000,000 |
| First Internet Bank ("FIB") | 301706539 | ALLISON BAVER | Up to $10,000,000 |

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return |||
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of: |||
| Inventory of the property taken: |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:

_____
*Executing officer's signature*

_____
*Printed name and title*