# Exhibit 9

Transcript of October 9, 2020 Interview with Ms. Baver and FBI Agent David A. Brown; FBI 302 Indicating Interview of Ms. Baver on October 9, 2020.

|  | ▮▮▮▮▮▮▮▮. So therefore, we looked at the months that we were intended to be in the production which happened to coincidentally be the exact months of the pandemic. We did not take into account the rest of the other seasons of the year we only looked at those months. So the calculation is not based on any other months except the season that was affected for my company during… |
|---|---|
| Brown: | It was forward looking not backwards looking, you're saying that the Paycheck Protection Program you didn't have any employees but you were looking at the production that you were supposed to have. That was eliminated by COVID at the time, you didn't have any employees but you had planned on hiring employees at the time. You never actually got to hire them because of COVID-19 but that planning on hiring these employees in the future is what you were basing your payroll on? |
| Baver: | Right. What I was basing it on was the season that was directly affected by COVID and the season that was relative to my business in respect to the whole scenario and the compensation for those folks are what we looked at. We didn't annualize those, we kept those in the seasonal situation because they are workers in the gig industry. So they get paid project per project. ▮▮▮▮▮▮▮▮ |



14

FD-302 (Rev. 5-8-10)

-1 of 6-

FEDERAL BUREAU OF INVESTIGATION



Date of entry  10/19/2020

ALLISON MARIE BAVER, ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ was interviewed via technology on a Microsoft Teams meeting. Also present for the interview was Special Agent Samuel Huynh of the SBA-OIG.



Investigation on 10/09/2020 at Salt Lake City, Utah, United States (, Other (Microsoft Teams Meeting))

File # 29-SU-3324473                                 Date drafted 10/13/2020

by David M. Brown

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

INT-AB-01-00002