SCOTT KEITH WILSON, Federal Public Defender (#7347)
KRISTEN R. ANGELOS, Assistant Federal Public Defender (#8314)
ROBERT K. HUNT, Assistant Federal Public Defender (#5722)
OFFICE OF THE FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Email: kris_angelos@fd.org and robert_hunt@fd.org

---

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALLISON MARIE BAVER, <br><br> Defendant. | WITHDRAWAL OF MOTION <br><br><br> Case No. 2:21-cr-00520 JNP |

      Defendant, Allison Marie Baver, by and through her attorney's of record, hereby requests this Court withdraw the Motion in Limine to Admit Supporting Documentation previously filed under seal on May 17, 2023. Doc. 104.

      DATED this 23rd day of May, 2023.

                                          */s/ Kristen R. Angelos*
                                          KRISTEN R. ANGELOS
                                          Assistant Federal Public Defender


                                          */s/ Robert K. Hunt*
                                          ROBERT K. HUNT
                                          Assistant Federal Public Defender