IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00520-JNP |
| Plaintiff, | **<u>VERDICT FORM</u>** |
| vs. | |
| ALLISON MARIE BAVER, and<br>ALLISON BAVER ENTERTAINMENT, LLC. | Honorable Jill N. Parrish |
| Defendants. | |

  We the jury, having carefully reviewed all of the evidence presented and all the instructions given to us in this case, unanimously find after due deliberation as to each count and as to each defendant as follows:

**COUNT 1**: False Statement Designed to Influence a Bank, in violation of 18 U.S.C. § 1014 (April 13, 2020 Loan Application, Northeast Bank)

  Allison Marie Baver.:            _____ Guilty

                     _____ Not Guilty

  Allison Baver Entertainment LLC:     _____ Guilty

                     _____ Not Guilty

**COUNT 2**: False Statement Designed to Influence a Bank, in violation of 18 U.S.C. § 1014 (April 14, 2020 Loan Application, Northeast Bank)

  Allison Marie Baver.:            _____ Guilty

                     _____ Not Guilty

  Allison Baver Entertainment LLC:     _____ Guilty

                     _____ Not Guilty

**COUNT 3**: False Statement Designed to Influence a Bank, in violation of 18 U.S.C. § 1014 (April 16, 2020 Loan Application, Northeast Bank)

    Allison Marie Baver.:                        _____ Guilty

                                                      _____ Not Guilty

    Allison Baver Entertainment LLC:         _____ Guilty

                                                        _____ Not Guilty

**COUNT 4**: False Statement Designed to Influence a Bank, in violation of 18 U.S.C. § 1014 (April 23, 2020 Loan Application, Northeast Bank)

    Allison Marie Baver.:                        _____ Guilty

                                                      _____ Not Guilty

    Allison Baver Entertainment LLC:         _____ Guilty

                                                        _____ Not Guilty

**COUNT 5**: False Statement Designed to Influence a Bank, in violation of 18 U.S.C. § 1014 (April 24, 2020 Loan Application, Meridian Bank)

    Allison Marie Baver.:                        _____ Guilty

                                                      _____Not Guilty

    Allison Baver Entertainment LLC:         _____ Guilty

                                                        _____ Not Guilty

**COUNT 6**: False Statement Designed to Influence a Bank, in violation of 18 U.S.C. § 1014 (April 25, 2020 Loan Application, Meridian Bank)

  Allison Marie Baver.:         _____ Guilty

                  _____ Not Guilty

  Allison Baver Entertainment LLC:     _____ Guilty

                  _____ Not Guilty

**COUNT 7**: False Statement Designed to Influence a Bank, in violation of 18 U.S.C. § 1014 (April 25, 2020 Loan Application, Northeast Bank)

  Allison Marie Baver.:         _____ Guilty

                  _____ Not Guilty

  Allison Baver Entertainment LLC:     _____ Guilty

                  _____ Not Guilty

**COUNT 8**: False Statement Designed to Influence a Bank, in violation of 18 U.S.C. § 1014 (April 26, 2020 Loan Application, Northeast Bank)

  Allison Marie Baver.:         _____ Guilty

                  _____ Not Guilty

  Allison Baver Entertainment LLC:     _____ Guilty

                  _____ Not Guilty

**COUNT 9**: Money Laundering, in violation of 18 U.S.C. § 1957

    Allison Marie Baver.:    _____ Guilty

        _____ Not Guilty

    Allison Baver Entertainment LLC:    _____ Guilty

        _____ Not Guilty

**COUNT 10**: Contempt, in violation of 18 U.S.C. § 401(3)

    Allison Marie Baver.:    _____ Guilty

        _____ Not Guilty

    Allison Baver Entertainment LLC:    _____ Guilty

        _____ Not Guilty

DATED this \_\_\_\_ day of \_\_\_\_\_, 2023.

_____
FOREPERSON