IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>ALLISON MARIE BAVER,<br><br>      Defendant. | Case No. 2:21-CR-00520-JNP<br><br>**<u>VERDICT FORM</u>**<br><br>Honorable Jill N. Parrish |

      We the jury, having carefully reviewed all of the evidence presented and all the instructions given to us in this case, unanimously find after due deliberation as to each count against ALLISON MARIE BAVER as follows:

**COUNT 6**: False Statement Designed to Influence a Bank, in violation of 18 U.S.C. § 1014 (April 25, 2020 Loan Application, Meridian Bank)

    _____ Guilty

    _____ Not Guilty


**COUNT 8**: False Statement Designed to Influence a Bank, in violation of 18 U.S.C. § 1014 (April 26, 2020 Loan Application, Northeast Bank)

    _____ Guilty

    _____ Not Guilty

**COUNT 9**: Money Laundering, in violation of 18 U.S.C. § 1957

\_\_\_\_\_ Guilty

\_\_\_\_\_ Not Guilty


**COUNT 10**: Contempt, in violation of 18 U.S.C. § 401(3)

\_\_\_\_\_ Guilty

\_\_\_\_\_ Not Guilty


DATED this \_\_\_\_ day of \_\_\_\_\_, 2023.


_____
FOREPERSON