IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALLISON MARIE BAVER,<br><br>Defendant. | ORDER GRANTING PERMISSION TO OPEN TWO ACCOUNTS AS REQUIRED BY ORDER SETTING CONDITIONS OF RELEASE<br><br>Case No. 2:21-cr-00520 JNP |

Based upon the oral motion of the Defendant Allison Baver (Defendant or Baver), stipulation of the United States and good cause appearing:

IT IS HEREBY ORDERED that as required in the Order Setting Conditions of Release (ECF 13), specifically, that Ms. Baver must "not sell or dispose of any property over $500 and she is not to transfer assets or monies without prior approval from the Court," Defendant is granted permission to close the two business accounts with Case Bank which were for Allison Baver Entertainment and High Rise Reality LLC. She also has permission to only open two new accounts to deposit the funds from the closed accounts for Allison Baver Entertainment and High Rise Realty LLC. Within five days of opening the business accounts, Ms. Baver must provide to her pretrial officer documentation of the account(s) opening via signature page and opening statement(s) for each account(s). Failure to do so will result in a violation. All conditions set forth in the Order Setting Conditions of Release are in force and unchanged by this Order.

DATED this __19th__ day of September, 2023.

BY THE COURT:

_____
CECILIA M. ROMERO
United States District Court Magistrate Judge