IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ALLISON MARIE BAVER, Defendant. | **ORDER TO CONTINUE SENTENCING** Case No. 2:21-cr-00520-1 Honorable Judge Jill Parrish |

Based on the motion to continue filed by the Defendant, Allison Marie Baver, and good cause appearing;

**IT IS HEREBY ORDERED** that the sentencing hearing scheduled for January 30, 2024, is continued to the 10th day of April, 2024, at 11:00 a.m.

DATED this 20th day of November, 2023.

BY THE COURT:

_____
HONORABLE JILL N. PARRISH
United States District Court Judge