IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALLISON MARIE BAVER,<br>Defendant. | **ORDER TO CONTINUE SENTENCING**<br><br>Case No. 2:21-cr-00520<br>Honorable Judge Jill Parrish |

Based on the motion to continue filed by the Defendant, Allison Marie Baver, and good cause appearing;

**IT IS HEREBY ORDERED** that the sentencing hearing scheduled for April 10, 2024, is continued to the 8th day of August, 2024, at 11:00 a.m.

DATED this 1st day of March, 2024.

BY THE COURT:

Jill N. Parrish

HONORABLE JILL N. PARRISH
United States District Court Judge