TRINA A. HIGGINS, United States Attorney (7349)
JENNIFER K. MUYSKENS, Assistant United States Attorney (DC 475353)
TRAVIS K. ELDER, Assistant United States Attorney (11987)
Attorneys for the United States of America
111 South Main Street, Suite 1800, Salt Lake City, Utah 84111
(801) 524-5682
travis.elder@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ALLISON MARIE BAVER,<br><br>　　　　　　Defendant. | **REQUEST TO SUBMIT FOR DECISION**<br><br>Case No. 2:21-cr-00520-JNP<br><br>Judge Jill N. Parrish |

　　　　The United States submits for decision its August 29, 2023 Motion for Preliminary Order of Forfeiture (ECF 186).

　　　　On August 29, 2023, the United States filed a motion for preliminary order of forfeiture. Ms. Baver responded on September 20, 2023 (ECF 190), the United States replied on September 27, 2023 (ECF 191), Ms. Baver filed a sur-reply on September 28, 2023 (ECF 192).

　　　　Sentencing is scheduled for August 13, 2023.

　　　　Although Rule 32.2(b)(1)(B) requires the court to hold a hearing upon request of either party, neither party has requested such a hearing.

　　　　Under Rule 32.2(b)(2)(A) and (B) the court must enter a forfeiture order forfeiture and the order must typically be entered before sentencing.  This order is in addition to the forfeiture order reference that must be in the judgment under Rule 32.2(b)(4)(B).

Accordingly, the United States submits for decision the Motion for Preliminary Order of Forfeiture.

Respectfully submitted,

TRINA A. HIGGINS
United States Attorney

*/s/ Travis K. Elder*
Travis K. Elder
Assistant U.S. Attorney