TRINA A. HIGGINS, United States Attorney (#7349)
Attorney for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

───────────────────────────────────────────────

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

───────────────────────────────────────────────

| UNITED STATES OF AMERICA, | : | 2:21-cr-000520-JNP |
|---|---|---|
| Plaintiff, | : | |
| | : | RESPONSE TO MOTION TO CONTINUE SENTENCING |
| vs. | : | |
| ALLISON BAVER, | : | |
| Defendant. | : | Honorable Judge Jill Parrish |

───────────────────────────────────────────────

Pursuant to the Motion to Continue Sentencing filed on August 2, 2024, in the above named case, the United States of America hereby states that it has no objection to the motion requesting a continuance.

RESPECTFULLY SUBMITTED on this 2nd day of August 2024.

/s/ Trina A. Higgins
TRINA A. HIGGINS
United States Attorney