# Lynsie McEntire

**From:** Lynsie McEntire
**Sent:** Wednesday, August 14, 2024 1:17 PM
**To:** Allison Baver
**Cc:** Jeff Taylor
**Subject:** RE: Records request

Allison, I have provided you all the information I have. If you have further questions, you can contact Jeff Taylor, who is copied on this email.

Thanks,
Lynsie

---

**From:** Allison Baver <████████████████>
**Sent:** Tuesday, August 13, 2024 2:35 PM
**To:** Lynsie McEntire <Lynsie_McEntire@utd.uscourts.gov>
**Subject:** Re: Records request

<mark>**CAUTION - EXTERNAL:**</mark>

Lynsie,

Can the court and Honorable Judge Oberge say with certainty that she signed the document if you have no record of actually receiving it?

How can you confirm the zoom call took place? Are you able to provide the emails surrounding setting up the zoom call please?

Thank you,

Allison Baver

Sent from my iPhone

> On Aug 13, 2024, at 2:23 PM, Lynsie McEntire <Lynsie_McEntire@utd.uscourts.gov> wrote:
>
> I don't have the emails from 4 years ago, so I don't know the exact time it was sent. The correct application and warrant were signed on 10/9/20 at 2:20 pm. The zoom call occurred at that same time. The document was signed by Judge Oberg. The mistake was made at the time the document was added to the docket not at the time of signing.
>
> Thanks,
> Lynsie

**From:** Allison Baver <███████████████████>
**Sent:** Tuesday, August 13, 2024 2:12 PM
**To:** Lynsie McEntire <Lynsie_McEntire@utd.uscourts.gov>
**Subject:** Re: Records request

CAUTION - EXTERNAL:

Lynsie,

The time this all occurred is critical. Can you please elaborate on what you mean? Are you in essence saying that the court added an application for a seizure three years later that it is actually has no paper-trail, record or proof of it actually occurring? The court would have had to be sent the correct application for it to be signed, correct? And the zoom call would have had to occur for the judge sign the document, correct? I hate to ask, but is it possible this document was signed by someone other than Judge Oberg if the court has no record of its existence?

Thank you,

Allison

On Aug 13, 2024, at 12:03 PM, Lynsie McEntire <Lynsie_McEntire@utd.uscourts.gov> wrote:

> Sorry Allison, I don't have the information you are requesting.
>
> **From:** Allison Baver <███████████████████>
> **Sent:** Tuesday, August 13, 2024 11:52 AM
> **To:** Lynsie McEntire <Lynsie_McEntire@utd.uscourts.gov>
> **Subject:** Re: Records request
>
> CAUTION - EXTERNAL:
>
> Hi Lynsie,
>
> Thank you for explaining and getting back to me.
>
> What day/time did the court receive the correct application/affidavit? Can you please provide a copy of the correspondence you received to show the day/time it was sent in to prove exactly when you received it?
>
> Can you please share the courts correspondence to set up the zoom call?
>
> Thank you,

Allison

On Aug 13, 2024, at 9:05 AM, Lynsie McEntire
<Lynsie_McEntire@utd.uscourts.gov> wrote:

Allison, sorry for the delay. I have been out of the office. Judge Oberg
signed the warrant at 2:20 pm. So, the zoom call would have been
around that same time.

Thanks,
Lynsie

**From:** Allison Baver <█████████████████
**Sent:** Monday, August 12, 2024 12:29 PM
**To:** Lynsie McEntire <Lynsie_McEntire@utd.uscourts.gov>
**Subject:** Re: Records request

CAUTION - EXTERNAL:

Dear Lynsie,

Do you have an estimated time frame for the turn around of my below
records request please?

Thank you,

Allison Baver

On Aug 6, 2024, at 5:02 PM, Allison Baver
<█████████████████████> wrote:

Dear Lynsie,

Thank you for getting back to me. What time was the
correct seizure warrant affidavit and correct seizure
warrant application filed on 10/9/2020?  What time did
the zoom call take place?  I hope you could please look
back at emails and your records to please help
determine when the zoom was set up and what time it
occurred.  I am trying to figure out the timeline and
time stamps for everything.  Please know, I'm an

interested party in the case and not the public and greatly appreciate your help.

Sincerely,

Allison Baver

> On Aug 6, 2024, at 12:55 PM, Lynsie McEntire <Lynsie_McEntire@utd.uscourts.gov> wrote:
>
> Good afternoon, the clerk's office forwarded me your request for information. It appears that you are requesting a transcript from a zoom call on 10/9/2020. We do not record or provide transcripts for these types of calls. They are sealed to the public. You also had a question about the "correct" application. It was filed by the government on 10/9/2020. The clerk who entered the document attached the incorrect document and it has since been corrected.
>
> Thanks,
>
> Lynsie McEntire
> United States District Court
> District of Utah

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when attachments or clicking on links.

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.