

Check: 10001 Amount: $150,000.00 Date: 7/29/2020
Run: 1000, Batch: 1, Seq: 362, Source: C21-Fed



Check: 10001 Amount: $150,000.00 Date: 7/29/2020
Run: 1000, Batch: 1, Seq: 362, Source: C21-Fed

GOVERNMENT EXHIBIT 27
2:21-cr-00520-JNP

Printed 8/3/2020

Meridian Bank Berwyn PA - Page 1 of 1

FI-MB-ABE-03-00004