UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALLISON MARIE BAVER,<br><br>Defendant. | ORDER GRANTING MOTION TO DISMISS ALLISON BAVER ENTERTAINMENT, LLC'S PETITON WITH PREJUDICE<br><br>Case No. 2:21-CR-00520-JNP<br><br>Judge Jill N. Parrish |
| ALLLISON BAVER ENTERTAINMENT, LLC,<br><br>Third-Party Petitioner. | |

Based on the United States' Motion to Dismiss Third-Party Petition, and good cause appearing, the motion is GRANTED.

IT IS THEREFORE ORDERED that Allison Baver Entertainment, LLC's petition (ECF 210) is dismissed with prejudice.

Dated this _____ day of September, 2024.

BY THE COURT:

_____
JILL N. PARRISH
United States District Court Judge