TRINA A. HIGGINS, United States Attorney (#7349)
Attorney for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

───────────────────────────────────────────

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

───────────────────────────────────────────

| UNITED STATES OF AMERICA, | 2:21-cr-00520-JNP |
|---|---|
| Plaintiff, | |
| vs. | RESPONSE TO MOTION TO CONTINUE SENTENCING |
| ALLISON BAVER, | |
| Defendant. | Honorable Judge Jill Parrish |

───────────────────────────────────────────

The United States of America, through its attorney, Trina A. Higgins, United States Attorney for the District of Utah, hereby objects to Defendant's motion to continue the sentencing scheduled for October 15, 2024. This matter was originally scheduled for October 30, 2023. (Dkt. #173.) At the defendant's request, sentencing was continued four times. (Dkt. #s 185, 201, 203, 211.) The United States requested one continuance of five days. (Dkt. 204.)

For the fifth time, defendant requests a continuance, this time on the ground to allow the United States time to respond to her latest request. The United States has responded and no additional information will be provided. While it is common for the United States Attorney's Office in this district to work with defense counsel to answer questions and to provide information beyond legal requirements, that courtesy is not an appropriate basis for another continuance in this case.

RESPECTFULLY SUBMITTED on this 18th day of September 2024.

/s/ Trina A. Higgins
TRINA A. HIGGINS
United States Attorney