July, 31, 2024

Your Honorable Judge,

I am writing you as a character witness for Allison Baver. My name is LaKisha O'Riordan. I live in Reading Pennsylvania, and owner of An Event To Remember Photo Booth.

Allison Baver and I have been friends since Elementary School, and are still friends to this day. She has always been a very honest and upstanding person. I have always admired her strong work ethic and determination to work hard for what she believes in.

I've only known Allison as someone who is honest and respectful. And she has also always been someone you can count on. She is not only a role model for my children, but to many others. When I asked her to return to our home county to speak to our local elementary school, she didn't hesitate. I was President of our school Parent / Teacher Association and was looking for a positive role model to speak to our children about 'Being Your Best Self', and Allison was happy to do it. And she did an amazing job! It was not a surprise to me. I have always known her to be a person who stands up for what is right, help and motivate those around her, and give back to her community.

Thank you very kindly for your time.

Sincerely,

*LaKisha O'Riordan*

LaKisha O'Riordan

August 5, 2024

Re: Allison Baver - Character Witness Letter

To whom this may concern,

My name is John Schaeffer. I'm a sports scientist, book author and the owner of Winning Factor Sports Sciences Training Systems. I do strength and conditioning for all levels of athletes, (please see my bio). I would like to give you a character reference for Allison, as I have known her. I have worked with Allison since around 1996. Allison was an elite level Olympic athlete. Her commitment, discipline, and drive to be the best she could be was exceptional. I was with her from the time she was a national champion and national record holder to an Olympic medalist. She has given a 100% effort to be the best she could be. The drive to be successful by world class athletes is applied in everything they do from pre-world class to world class and also after sports. I've never known her to do anything else as a person other than to try to be a positive influence to everyone with whom she has come in contact. She has a foundation to help kids, as well as adults. She has always tried to be a positive influence in fair play and just life, in general. Allison has been an exceptional athlete and person - very supportive to everyone with whom she has come in contact. As long as I have known her, she has strived to always be a great athlete, and also a sincere, honest, caring person in all areas of her life. This is my overview of Allison.

Yours truly,

*John Schaeffer*

John Schaeffer
Winning Factor Sports Sciences Training Systems

MEMO TO: Whom It May Concern

FROM: Tom Lough

DATE: July 31, 2024

SUBJECT: Allison Baver

I am Tom Lough, a 1964 West Point graduate and a 1968 Olympian in the sport of modern pentathlon. I served ten years in the United States Army during the Vietnam era and was awarded a Purple Heart and Bronze Star with Valor Device for combat action at Hamburger Hill. For the remainder of my life, I taught science and technology at the high school, college, and university levels. I retired from teaching in 2014. Since my days as a competitive athlete, I have actively promoted Olympism and participated in Olympic alumni activities. I am voluntarily making the following statements about Allison Baver.

For several years, Allison Baver served as one of the elected vice-presidents of the United States Olympians and Paralympians Association (USOPA). One of her assignments was the chair of the engagement committee, whose purpose was to develop recommendations for USOPA actions to engage chapter members more effectively. I volunteered to serve on her committee since engagement was a special interest of mine.

During my years on the engagement committee, I had the opportunity to work closely with her and can comment on what I know about her from an informed perspective.

Allison Baver has an acutely developed sense of purpose and focus. She sets high standards of performance and conduct for herself and then exceeds them. When she says she will do something, she does so. When she encounters a situation that requires attention or a problem that needs to be solved, she proactively deals with it.

I have found her to be a person of strong moral character with a highly developed sense of right and wrong. It was an honor to serve with her and I felt that I was a better person because of it.

Thank you for the opportunity to communicate this information.

*[signature: Tom Lough]*

Dear Honorable Judge,

I am Katie Uhlaender, a five-time Olympian and World Champion in skeleton. I am also a student at Columbia University and involved in athlete advocacy for Olympic hopefuls and Olympic athletes. I am writing to you as a character witness of Allison Baver's. Our enduring friendship, which began in 2005 at The Athlete Summit in Avon, Colorado, is a testament to the stability and trust in our relationship. We have watched each other train for multiple Olympics through injuries and broken hearts, and she has always been a great support to me, and I to her. Allison is a hard worker, a loyal friend, and someone who learns her lessons quickly. Her willingness to share her life lessons with me and her community serves as a source of inspiration to me and many others. She is a strong female entrepreneur who continues to chase her dreams after the Olympics.

Thank you for your time,

Katie Uhlaender

*Katie Uhlaender*

Aug 9, 2024

The Honorable Judge Jill N. Parrish

United States District Court
District of Utah
351 South West Temple,
Salt Lake City, Utah 84101

Re: Allison Marie Baver- Letter of Support

Dear Judge Parrish,

I am writing this letter of support for Allison Marie Baver, whom I have personally known for 16 years. My name is Steven Burchell, I have a degree in engineering and experience in international business and marketing which brought me to Salt Lake City. I have been married for 41 years and have 2 daughters.

I first met Allison with my family at a social gathering and we quickly became friends as my wife and I had lived in Reading PA, where Allison is from.

As I got to know Allison, I recognized she had a number of personal traits that impressed me and had undoubtedly led to her success as an athlete. She is a highly motivated, focused and disciplined individual, with an ability to maintain a resilient and positive attitude in challenging situations, traits not that common in one person.

When I met Allison, my daughters were young teenagers at an impressionable age, I saw her as a very positive role model and influence on them. I encouraged them to get to know her better and we would watch her train and attended competitions.

Over the next several years we got to know her very well, she would spend Christmas and Thanksgiving with us and in effect we became her surrogate family in Salt Lake City. We got to know her parents who would come for dinner when they were visiting.

We supported Allison in different ways, including financially when she was training for her 4th Olympics. Athletes at that level completely dedicate themselves to their sport, training 6 days a week. At one point we loaned Allison some money, sealed with a handshake. I trusted her word and Allison repaid the loan in full and ahead of the agreed deadline.

I also helped her as she pivoted her career from athletics to developing a business, as I had experience as a Sr V.P. of a large international company. She sought advice on different opportunities and contracts she dealt with and I never heard her suggest anything deceptive or dishonest at any time. Even when Allison had setbacks, her attitude was to stay positive and look for ways to deal with the issue which often meant putting in more hours of work.

In closing I want to say that the Allison Baver I have known for the past 16 years is someone who has always been sincere, honest and trustworthy. I have personally struggled to believe that Allison would intentionally do something illegal. I know that my family and I have greatly benefitted from the friendship we have with Allison and she is someone I admire to this day.

I appreciate your time to review and consider this letter of support as you make your decision in this case.

Sincerely,

Steven Burchell

908 Baptist Church Rd
Stirling, Ont, Canada
stevenburchell@gmail.com
801-230-7258