SCOTT KEITH WILSON, Federal Public Defender (#7347)
KRISTEN R. ANGELOS, Assistant Federal Public Defender (#8314)
ROBERT K. HUNT, Assistant Federal Public Defender (#5722)
ROBERT STEELE, First Assistant, Federal Public Defender (#5546)
OFFICE OF THE FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Email:  kris_angelos@fd.org, robert_hunt@fd.org, robert_steele@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, v. ALLISON MARIE BAVER, Defendant. | DEFENDANT'S WITHDRAWAL OF OBJECTION TO PARAGRAPH 67 OF THE PRESENTENCE REPORT AND THE TWO-LEVEL ADJUSTMENT FOR OBSTRUCTION OF JUSTICE PURSUANT TO §3C1.1  Case No. 2:21-cr-00520-001 JNP |
|---|---|

Defendant, Allison Marie Baver, ("Ms. Baver"), by and through her attorneys of record, Kristen R. Angelos, Robert K. Hunt, and Robert Steele, hereby withdraws her objection to paragraph 67 of the Presentence Report which assesses a two-level adjustment pursuant to §3C1.1. *See Defendant's Objections to Presentence Report and Sentencing Memorandum*, Sealed Doc. No. 225, pgs. 16-17. After further review and research, it appears that the two-level adjustment is appropriate pursuant to §3C1.1, Application Note 8. *See also*, *United States v. Roybal*, 188 F. Supp. 3d 1163, 1211-1212  (D.N.M. 2016)1211-1212.   However, Ms. Baver asserts that the issue of whether or not contempt in this instance is a misdemeanor or felony is

still an issue. For example, if it is a misdemeanor, a special assessment of $25.00 will be imposed.

    RESPECTFULLY SUBMITTED this 9th day of October, 2024.

    */s/ Kristen R. Angelos*
KRISTEN R. ANGELOS
Assistant Federal Public Defender


*/s/ Robert K. Hunt*
ROBERT K. HUNT
Assistant Federal Public Defender


*/s/ Robert L. Steele*
ROBERT L. STEELE
Assistant Federal Public Defender