SCOTT KEITH WILSON, Federal Public Defender (#7347)
KRISTEN R. ANGELOS, Assistant Federal Defender (#8314)
ROBERT K. HUNT, Assistant Federal Defender (#5722)
ROBERT L. STEELE, Assistant Federal Public Defender (#5546)
**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF UTAH**
*Attorneys for Defendant*
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Email: kris_angelos@fd.org, robert_hunt@fd.org and robert_steele@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALLISON MARIE BAVER, <br><br> Defendant. | **APPEARANCE OF CO-COUNSEL** <br><br><br> Case No. 2:21-cr-00520-1 <br><br> Honorable Judge Jill Parrish |

Robert L. Steele, Assistant Federal Defender, hereby enters his appearance as co-counsel for the defendant, Allison Marie Baver, in the above-entitled matter.

DATED this 10th day of October, 2024.

                                         */s/ Robert L. Steele*
                                         ROBERT L. STEELE
                                         First Assistant Federal Defender