IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| United States of America<br><br>      **Plaintiff(s),**<br><br>vs.<br><br>Allison Marie Baver<br><br>      **Defendant(s).** | Case No. 2:21-CR-00520 |

# TRANSCRIPT PURCHASE NOTICE

  Notice is hereby given that the undersigned court reporter has received payment from or payment arrangements have been made by:

☒  Attorney:  Trina Higgins

☐  Party:  Nate Carlisle (Fox13 Now)

for the following transcript(s):

| Hearing Date | Type of Hearing Held |
|---|---|
| October 15, 2024 | Sentencing Hearing |
| | |
| | |
| | |
| | |

**DOCKET CLERK:**
Please modify the above transcript(s) entry/document to allow this attorney/party to have access to the transcript(s) via PACER.

Date:  October 18, 2024          Laura Robinson
                                Court Reporter