TRINA A. HIGGINS, United States Attorney (#7349)
Attorney for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

| UNITED STATES OF AMERICA, Plaintiff, vs. ALLISON BAVER, Defendant. | : | 2:21-cr-00520-JNP<br><br>NOTICE OF ERRATUM and CORRECTION<br><br>Honorable Judge Jill Parrish |
|---|---|---|

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

The United States of America, through the undersigned United States Attorney, hereby gives notice of erratum and correction of a citation in the United States' Response in Opposition to Motion to Extend Time to File Rule 33(a) Motion (Response).

The cite for the sentence on page 4 of the Response beginning "Permitting untimely Rule 33 motions . . ." should be "*See Smith,* 311 F. App'x at 84 n.1" instead of "*See id.* at 84 n.1."

RESPECTFULLY SUBMITTED on this 6th day of November 2024.

                                         TRINA A. HIGGINS
                                         UNITED STATES ATTORNEY

                                         /s/ Trina A. Higgins