Michael Langford (9682)
Alexander E. Ramos (15234)
LANGFORD | RAMOS PLLC
43 E. 400 S.
Salt Lake City, UT 84111
Telephone: (801) 998-2002
Email: mjl@langfordramos.com
Email: alex@langfordramos.com

Nicolas C. Wilde (15768)
Law Office of Nicolas C. Wilde LLC
40 S. 600 E.
Salt Lake City, Utah 84102
T. 801-949-3088
nick@ncwildelaw.com

*Attorneys for Defendant Allison Marie Baver*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  v.  **ALLISON MARIE BAVER**  Defendant. | **Motion for Leave to Withdraw and Motion to Extend Time to File Motion for New Trial**  Case No. 2:21-cr-00520  District Judge Jill N. Parrish  Magistrate Judge Cecilia Romero |

Undersigned counsel respectfully moves the Court for leave to withdraw as counsel of record for Allison Marie Baver Undersigned counsel request that the assigned Magistrate Judge set a hearing on this Motion.

1

2

**<u>Motion</u>**

Undersigned counsel respectfully move the Court for leave to withdraw as counsel of record for Allison Marie Baver. The specific basis for withdrawal will be outline in more detail at a hearing, in a non-public forum.

Additionally, Ms. Baver moves the Court to extend the deadline for her Motion for a New Trial to allow enough time to resolve the Motion to Withdraw.

RESPECTFULLY SUBMITTED this July 21, 2025.

Alexander E. Ramos
LANGFORD RAMOS, PLLC
<u>/s/ Alexander E. Ramos</u>


<u>/s/ Nicolas C. Wilde</u>
Nicolas C. Wilde
Law Office of Nicolas C. Wilde LLC

*Attorneys for Defendant*