Michael Langford (9682)
Alexander E. Ramos (15234)
LANGFORD | RAMOS PLLC
43 E. 400 S.
Salt Lake City, UT 84111
Telephone: (801) 998-2002
Email: mjl@langfordramos.com
Email: alex@langfordramos.com

Nicolas C. Wilde (15768)
Law Office of Nicolas C. Wilde LLC
40 S. 600 E.
Salt Lake City, Utah 84102
T. 801-949-3088
nick@ncwildelaw.com

*Attorneys for Defendant Allison Marie Baver*

---

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH**

---

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Notice of Explanation and Certification to the Court** |
| Plaintiff, | |
| v. | Case No. 2:21-cr-00520 |
| **ALLISON MARIE BAVER** | District Judge Jill N. Parrish |
| Defendant. | Magistrate Judge Cecilia Romero |

---

Ms. Baver's Rule 33 motion deadline is today. Counsel certifies that the motion was finalized on July 14, 2025[1]. Due to a fundamental disagreement, counsel filed a motion to withdraw today. Filing the Rule 33 motion now could lead to ineffective assistance claims and prevent Ms. Baver, or new counsel, from amending it. Counsel faces a dilemma: not filing violates the Court's order, while filing could disadvantage Ms. Baver. Counsel believes he must

---

[1] Counsel has saved a PDF copy should the Court require a copy.

1

2

withhold filing until the withdrawal motion is resolved. This is the only way counsel can uphold

his duty to Ms. Baver.


RESPECTFULLY SUBMITTED this July 22, 2025.


Alexander E. Ramos
LANGFORD RAMOS, PLLC
*/s/ Alexander E. Ramos*



*/s/ Nicolas C. Wilde*
Nicolas C. Wilde
Law Office of Nicolas C. Wilde LLC

*Attorneys for Defendant*

2