**From:** **Allison Baver** allison@allisonbaver.com
**Subject:** Allison Baver Entertainment
**Date:** April 13, 2020 at 1:21 PM
**To:** jason.kirkham@lendiolocal.com



Hi Jason,

My entertainment company was referred to you by the WBC. We need to apply for the PPP loan ASAP. I know you are busy. Can you please call me?

Thank you,

Allison Baver

Sent from my iPhone

DEFENDANT'S EXHIBIT

**408**

**From:** **Jason Kirkham** jason.kirkham@lendiolocal.com
**Subject:** Re: Allison Baver Entertainment
**Date:** April 13, 2020 at 1:25 PM
**To:** Allison Baver allison@allisonbaver.com

Allison
I am too busy processing existing applications at this time to take calls.  You can apply on my website at www.lendiolocal.com/utah
Attached is how to calculate the amounts and the documents we need.

# Jason Kirkham

Franchise Owner

Lendio Utah

 801-675-8914 | 801-900-6962

jason.kirkham@lendiolocal.com

www.lendiolocal.com/utah





On Mon, Apr 13, 2020 at 1:21 PM Allison Baver <allison@allisonbaver.com> wrote:
> Hi Jason,
>
> My entertainment company was referred to you by the WBC. We need to apply for the PPP loan ASAP. I know you are busy. Can you please call me?
>
> Thank you,
>
> Allison Baver
>
> Sent from my iPhone





Calculating your loan a...(1).pdf          Lendio Utah PPP Lo...nts.pdf

DEFENDANT'S EXHIBIT

**409**

**Thanks for submitting yo...**
Sent via Marketing
**Apr 13**
**Lendio** *sent: April 13, 2020 2:05 PM via Marketing*
to allison@allisonbaver.com

April 13, 2020, 2:05 PM



Thanks for submitting your application!

You are one step closer to getting your share of funds from the SBA Paycheck Protection Loan Program (PPP).

Our next step in the process is to submit your application to lenders. As you know, demand for this government program is very high. Our lenders will work hard over the coming days to provide you an offer as soon as possible.

We will stay in touch with you throughout the funding process. While you wait to hear back, we invite you to take advantage of the other available COVID-19 relief programs.

Other Available Resources



FI-LE-ABE-01-00001

DEFENDANT'S
EXHIBIT

**412**

From: **Allison Baver** allison@allisonbaver.com
Subject: Re: Allison Baver Entertainment
Date: April 13, 2020 at 2:10 PM
To: Jason Kirkham jason.kirkham@lendiolocal.com



Hello Jason,

I just submitted the application. My entertainment company had major projects scheduled to be in production right now. Just started the company October 2019. The sba told me to apply ASAP and find a lender to hopefully work with me. We are talking nearly 100 jobs and a majority of the production costs labor and will be paid within the first 8 weeks. Included the proposal for A+ E network for the show that was suppose to air Q4. We had a tv show and two films that I am hoping to save and as CEO save these jobs.

Please let me know if there's anything else you need.

Thanks so much!

Allison Baver

Sent from my iPhone

> On Apr 13, 2020, at 1:25 PM, Jason Kirkham <jason.kirkham@lendiolocal.com> wrote:

> Allison
> I am too busy processing existing applications at this time to take calls.  You can apply on my website at www.lendiolocal.com/utah
> Attached is how to calculate the amounts and the documents we need.

**Jason Kirkham**
Franchise Owner
Lendio Utah

801-675-8914 | 801-900-6962

jason.kirkham@lendiolocal.com

www.lendiolocal.com/utah



> On Mon, Apr 13, 2020 at 1:21 PM Allison Baver <allison@allisonbaver.com> wrote:
>> Hi Jason,
>>
>> My entertainment company was referred to you by the WBC. We need to apply for the PPP loan ASAP. I know you are busy. Can you please call me?
>>
>> Thank you,
>>
>> Allison Baver
>>
>> Sent from my iPhone
>> <Calculating your loan amount (as of 4.11.20) (1).pdf>
>> <Lendio Utah PPP Loan Supporting Documents.pdf>

DEFENDANT'S
EXHIBIT

**413**

**URGENT: Additional items...**
Sent via Marketing
**Apr 14**
**Lendio** *sent: April 14, 2020 11:09 AM via Marketing*
to allison@allisonbaver.com

April 14, 2020, 11:09 AM



Hi {{ contact.firstname }},

**Good news—we are ready to process your application and submit it to the SBA for approval, but we need your help on a few remaining items**. Please complete all the steps below by **today at 5pm ET (4/14/20)**. If it helps, please reference this blog post to show you exactly how and where to enter the information.

1. Log back in to your application using the email address you used previously
2. Click on the "Edit application" button
3. Verify the following items on the "Business" tab of your application:
    a. *Business Address* is correct (including a **5 digit** zip code)
    b. *Business Tax ID* is correct—it should be **9 digits long** and can be either your Employer Identification Number (EIN) or Social Security Number (SSN)
    c. *Loan Amount* is **2.5x your average monthly payroll costs** (must be greater than $0—helpful calculator if you need it)
    d. *Number of Employees* is between 1 and 500 (1 if you are a sole proprietor)
4. Add the following items to your application on the "Business" tab:
    a. *Business Start Date*: The start date for your business that should match the date on your Secretary of State filing
    b. *Industry*: Enter the most appropriate option for your business
5. Verify the following information on the "Ownership" tab of your application:
    a. *Ownership percentage* is greater than 0%
    b. Any other owners with at least 20% share are listed and all details are completed in the "Additional owner" section (including **date of birth**)

FI-LE-ABE-01-00001



DEFENDANT'S EXHIBIT

**414**

6. Verify you have uploaded all the items below in the "Documents" section of your application:

   a. Current, unexpired driver's license image in color (front and back)—this must be uploaded for all owners with 20% shares and above

   b. **One** of the following payroll documents:

      i. 941 Quarterly Tax Filings (2019, 2020 Q1)

      ii. 944 Annual Tax Filings (2019)

      iii. Payroll Register for the previous 12 months

      iv. 12 Months Most Recent Bank Statements

7. Verify the following information on the "E-sign" section of your application:

   a. Ensure your full legal name is shown

   b. Ensure your Social Security Number (SSN) is correct

   c. Add your date of birth in mm/dd/yyyy format

   d. Enter your gender (this information is required and collected by the SBA program reporting)

After completing the items above, please re-certify, re-sign, and re-submit the application to have any changes saved and updated.

You are almost there!





**From:** Allison Baver allison@allisonbaver.com
**Subject:** Re: Allison Baver Entertainment
**Date:** April 14, 2020 at 5:10 PM
**To:** Jason Kirkham jason.kirkham@lendiolocal.com

Hello Jason,

I uploaded additional documents to the loan by 5pm, but need until this evening to get you the 2 month budget.

Thanks so much!

Allison

> On Apr 13, 2020, at 1:25 PM, Jason Kirkham <jason.kirkham@lendiolocal.com> wrote:
>
> Allison
> I am too busy processing existing applications at this time to take calls.  You can apply on my website at www.lendiolocal.com/utah
> Attached is how to calculate the amounts and the documents we need.

## Jason Kirkham

Franchise Owner

Lendio Utah

801-675-8914 | 801-900-6962

jason.kirkham@lendiolocal.com

www.lendiolocal.com/utah



> On Mon, Apr 13, 2020 at 1:21 PM Allison Baver <allison@allisonbaver.com> wrote:
> Hi Jason,
>
> My entertainment company was referred to you by the WBC. We need to apply for the PPP loan ASAP. I know you are busy. Can you please call me?
>
> Thank you,
>
> Allison Baver
>
> Sent from my iPhone
> <Calculating your loan amount (as of 4.11.20) (1).pdf><Lendio Utah PPP Loan Supporting Documents.pdf>

DEFENDANT'S
EXHIBIT

**415**

**Your Daily PPP Applicati...**
Sent via Marketing
**Apr 15**
**Lendio** *sent: April 15, 2020 7:37 PM via Marketing*
to allison@allisonbaver.com

April 15, 2020, 7:37 PM



Hi {{ contact.firstname }},

We have sent **tens of thousands of Paycheck Protection Program applications this week** that will be submitted to the SBA for approval. If your file has not been submitted, it's likely that your application is not complete and ready for a lender. One of the best things you can do right now is ensure that you have the correct documents attached to your application.

The rumors are still swirling that Congress will pass an additional $250 billion for the program. We are hoping that it passes early to mid next week.

We will continue to encourage Congress, the Treasury, and SBA to add additional funds because millions of business owners still need relief from the devastation of COVID-19. We would encourage you to also reach out and encourage your representatives to help pass these additional funds.

We are in this together.



FI-LE-ABE-01-00001

DEFENDANT'S
EXHIBIT

**416**

From: **Allison Baver** allison@allisonbaver.com
Subject: Re: Allison Baver Entertainment
Date: April 16, 2020 at 1:35 AM
To: Jason Kirkham  jason.kirkham@lendiolocal.com

Hello Jason,

I was able to upload all of the information that you may need to process the PPP loan.  Please see my attached letter.  If there is any additional information you need, please let me know.

Best,

Allison Baver

Allison Baver
Enterta...er.docx

On Apr 14, 2020, at 5:10 PM, Allison Baver <allison@allisonbaver.com> wrote:

Hello Jason,

I uploaded additional documents to the loan by 5pm, but need until this evening to get you the 2 month budget.

Thanks so much!

Allison

On Apr 13, 2020, at 1:25 PM, Jason Kirkham <jason.kirkham@lendiolocal.com> wrote:

Allison
I am too busy processing existing applications at this time to take calls.  You can apply on my website at
www.lendiolocal.com/utah
Attached is how to calculate the amounts and the documents we need.

| **Jason Kirkham** | 801-675-8914 \| 801-900-6962 |
| Franchise Owner | jason.kirkham@lendiolocal.com |
| Lendio Utah | www.lendiolocal.com/utah |



On Mon, Apr 13, 2020 at 1:21 PM Allison Baver <allison@allisonbaver.com> wrote:
Hi Jason,

My entertainment company was referred to you by the WBC. We need to apply for the PPP loan ASAP. I know you are busy. Can you please call me?

Thank you,

DEFENDANT'S
EXHIBIT

**417**

Allison Baver

Sent from my iPhone
<Calculating your loan amount (as of 4.11.20) (1).pdf><Lendio Utah PPP Loan Supporting Documents.pdf>

### PPP Funds Fully Depleted...

Sent via Marketing

**Apr 16**

**Lendio** *sent: April 16, 2020 7:21 PM via Marketing*

to allison@allisonbaver.com

April 16, 2020, 7:21 PM



Hi {{ contact.firstname }},

The SBA has notified banks that the $350B in initial funds for the Paycheck Protection Program (PPP) have been exhausted. We're proud to say that we have been able to help over 27,000 small businesses get approved for funding -- many of which had no opportunity to get access to PPP funds through their local bank. **Unfortunately, it appears your application was either missing data or had invalid information and we were not able to submit it for approval**. We know that this is frustrating, but the fight is not over.

Additional funding for the program is currently under review by Congress, and it appears there is strong bipartisan support to provide this funding. Unfortunately, Congress has delayed the allocation of additional funds to the program. In an effort to accelerate the approval, we have put together a petition to encourage them to take action. We invite you to join us by signing the petition and sharing it with friends, family, and other small business owners that have also been negatively impacted.

Given that, what should you do next? We believe additional funds will come. To take advantage when they do, we need you to make **absolutely sure** your application contains valid information and all necessary documents. Here is a brief guide on how to do that.

In terms of the way forward once your app is fully complete, **our CEO, Brock Blake, will be doing a YouTube LIVE tomorrow April 17, 2020 at 12:30 pm PT / 3:30 pm ET**. We invite you to join in for further clarity.

Tune In

We encourage you to reach out to your Senator and Representative to ask them to take action by allocating additional funds to the PPP program. We've put together a blog

FI-LE-ABE-01-00001

DEFENDANT'S EXHIBIT

**418**

post with a sample script to use. You can also use ResistBot to send them an email, fax or letter. Text 'resist' to 50409 to make sure they know how important it is to act now.

We haven't given up and are still in your corner!



## Update On Your PPP Loan ...
Sent via Marketing
**Apr 21**
**Lendio** *sent: April 21, 2020 6:01 PM via Marketing*
to allison@allisonbaver.com

April 21, 2020, 6:01 PM



Hi {{ contact.firstname }},

If you are receiving this email, you have either **(1)** started and not submitted a Paycheck Protection Program (PPP) loan application via Lendio.com or **(2)** have submitted your application to Lendio.com but there is incomplete information and we cannot forward your application to our trusted lenders.

We are not giving up hope that your business can receive funding through the CARES Act and we hope you don't either. We're in this together. We're proud to say that we have been able to help over 70,000 small businesses get approved for PPP funding. Most of our applicants represent very small businesses that would have otherwise not had access to these funds due to their own bank being unable or unwilling to participate in the program.

Sources on Capitol Hill are saying that Congress has reached a deal on a second round of funding for the Paycheck Protection Program (PPP). Although the SBA notified banks that the $350B of initial funds for the PPP were exhausted, this new round will add more funding for businesses who desperately need it.

***Given that, what can I do now to get my application ready to be submitted to a lender when the funds are released?***

Please make **absolutely sure** your application is complete and contains all the necessary documents. Here are a couple of links to our blog that can help:

What You Can Do to Prepare for the Second Round of SBA Funding

Step-by-Step Guide: Complete the Paycheck Protection Program (PPP) Loan Application

Revise to complete your application

FI-LE-ABE-01-00001

**DEFENDANT'S EXHIBIT**
**419**

***What else can I do while waiting for a second round of PPP funding?***

**GET INFORMED** - Watch this video by our CEO, Brock Blake. While developments are happening quickly, our live stream event from last Friday, April 17, 2020, on the CARES Act will tell you what you should expect for this next round. We invite you to watch the video for additional information.

**STAY INVOLVED** - We encourage you to reach out to your Senator and Representative to ask them to take action. The Senate is voting on it later this afternoon and the House later this week. We've put together a blog post with a sample script to use. You can also use ResistBot to send them an email, fax or letter. Text 'resist' to 50409 to make sure they know how important it is to act now.

**Stay healthy**. **Stay safe**. And please **stay in business**! We are in your corner!



**From:** **Allison Baver** allison@allisonbaver.com
**Subject:** Re: URGENT: Additional items needed for your PPP funding
**Date:** April 21, 2020 at 6:03 PM
**To:** customerservice@lendio.com

How can I go about updating my PPP loan application?

New business is eligible. I spoke with the SBA. The calculation is different that the past 13 months. I should be in your que. can you please help me T this up for the next round? I know time is of the essence.

Thank you.

Allison Baver
Allison Baver Entertainment
(610)507-4508
Sent from my iPhone

On Apr 14, 2020, at 11:16 AM, Lendio <customerservice@lendio.com> wrote:



Hi Allison ,

**Good news—we are ready to process your application and submit it to the SBA for approval, but we need your help on a few remaining items.** Please complete all the steps below by **today at 5pm ET (4/14/20)**. If it helps, please reference this blog post to show you exactly how and where to enter the information.

1. Log back in to your application using the email address you used previously
2. Click on the "Edit application" button
3. Verify the following items on the "Business" tab of your application:
    a. *Business Address* is correct (including a **5 digit** zip code)
    b. *Business Tax ID* is correct—it should be **9 digits long** and can be either your Employer Identification Number (EIN) or Social Security Number (SSN)
    c. *Loan Amount* is **2.5x your average monthly payroll costs** (must be greater than $0—helpful calculator if you need it)
    d. *Number of Employees* is between 1 and 500 (1 if you are a sole proprietor)
4. Add the following items to your application on the "Business" tab:
    a. *Business Start Date*: The start date for your business that should match the date on your Secretary of State filing
    b. *Industry*: Enter the most appropriate option for your business
5. Verify the following information on the "Ownership" tab of your application:
    a. *Ownership percentage* is greater than 0%

DEFENDANT'S EXHIBIT

**420**

   b. Any other owners with at least 20% share are listed and all details are completed in the "Additional owner" section (including **date of birth**)

6. Verify you have uploaded all the items below in the "Documents" section of your application:
   a. Current, unexpired driver's license image in color (front and back)—this must be uploaded for all owners with 20% shares and above
   b. **One** of the following payroll documents:
      i. 941 Quarterly Tax Filings (2019, 2020 Q1)
      ii. 944 Annual Tax Filings (2019)
      iii. Payroll Register for the previous 12 months
      iv. 12 Months Most Recent Bank Statements

7. Verify the following information on the "E-sign" section of your application:
   a. Ensure your full legal name is shown
   b. Ensure your Social Security Number (SSN) is correct
   c. Add your date of birth in mm/dd/yyyy format
   d. Enter your gender (this information is required and collected by the SBA program reporting)

After completing the items above, please re-certify, re-sign, and re-submit the application to have any changes saved and updated.

You are almost there!



We Fuel the American Dream®

Lendio
4100 North Chapel Ridge Road, Suite 500
Lehi, UT 84043

This email advertisement was sent to: allison@allisonbaver.com

Update email preferences
Unsubscribe from all future emails

California loans made pursuant to the California Financing Law, Division 9 (commencing with Section 22000) of the Finance Code. All such loans made through Lendio Partners, LLC, a wholly-owned subsidiary of Lendio, Inc. and a licensed finance lender/broker, California Finance Lenders License No. 60DBO-44694.

**From:** Lendio customerservice@lendio.com
**Subject:** Update On Your PPP Loan Opportunity
**Date:** April 21, 2020 at 6:09 PM
**To:** allison@allisonbaver.com

Hi Allison ,

If you are receiving this email, you have either **(1)** started and not submitted a Paycheck Protection Program (PPP) loan application via Lendio.com or **(2)** have submitted your application to Lendio.com but there is incomplete information and we cannot forward your application to our trusted lenders.

We are not giving up hope that your business can receive funding through the CARES Act and we hope you don't either. We're in this together. We're proud to say that we have been able to help over 70,000 small businesses get approved for PPP funding. Most of our applicants represent very small businesses that would have otherwise not had access to these funds due to their own bank being unable or unwilling to participate in the program.

Sources on Capitol Hill are saying that Congress has reached a deal on a second round of funding for the Paycheck Protection Program (PPP). Although the SBA notified banks that the $350B of initial funds for the PPP were exhausted, this new round will add more funding for businesses who desperately need it.

***Given that, what can I do now to get my application ready to be submitted to a lender when the funds are released?***

Please make **absolutely sure** your application is complete and contains all the necessary documents. Here are a couple of links to our blog that can help:

What You Can Do to Prepare for the Second Round of SBA Funding

Step-by-Step Guide: Complete the Paycheck Protection Program (PPP) Loan Application

DEFENDANT'S
EXHIBIT

**422**

Revise or complete your application

*What else can I do while waiting for a second round of PPP funding?*

**GET INFORMED** - Watch this video **by our CEO, Brock Blake.** While developments are happening quickly, our live stream event from last Friday, April 17, 2020, on the CARES Act will tell you what you should expect for this next round. We invite you to watch the video for additional information.

**STAY INVOLVED** - We encourage you to reach out to your Senator and Representative to ask them to take action. The Senate is voting on it later this afternoon and the House later this week. We've put together a blog post with a sample script to use. You can also use ResistBot to send them an email, fax or letter. Text 'resist' to 50409 to make sure they know how important it is to act now.

**Stay healthy. Stay safe.** And please **stay in business**! We are in your corner!

We Fuel the American Dream®

Lendio
4100 North Chapel Ridge Road, Suite 500
Lehi, UT 84043

This email advertisement was sent to: allison@allisonbaver.com

Update email preferences
Unsubscribe from all future emails

California loans made pursuant to the California Financing Law, Division 9 (commencing with Section 22000) of the Finance Code. All such loans made through Lendio Partners, LLC, a wholly-owned subsidiary of Lendio, Inc. and a licensed finance lender/broker, California Finance Lenders License No. 60DBO-44694.



**From:** Allison Baver allison@allisonbaver.com
**Subject:** Re: Update On Your PPP Loan Opportunity
**Date:** April 23, 2020 at 9:58 AM
**To:** customerservice@lendio.com

Dear Lendio,

I just updated and submitted my information for Allison Baver Entertainment. Please help me get this pushed through.  If you need any additional information, which I don't think you will, please let me know.

Thank you!

Allison Baver

On Apr 21, 2020, at 6:09 PM, Lendio <customerservice@lendio.com> wrote:



Hi Allison ,

If you are receiving this email, you have either **(1)** started and not submitted a Paycheck Protection Program (PPP) loan application via Lendio.com or **(2)** have submitted your application to Lendio.com but there is incomplete information and we cannot forward your application to our trusted lenders.

We are not giving up hope that your business can receive funding through the CARES Act and we hope you don't either. We're in this together. We're proud to say that we have been able to help over 70,000 small businesses get approved for PPP funding. Most of our applicants represent very small businesses that would have otherwise not had access to these funds due to their own bank being unable or unwilling to participate in the program.

Sources on Capitol Hill are saying that Congress has reached a deal on a second round of funding for the Paycheck Protection Program (PPP). Although the SBA notified banks that the $350B of initial funds for the PPP were exhausted, this new round will add more funding for businesses who desperately need it.

***Given that, what can I do now to get my application ready to be submitted to a lender when the funds are released?***

Please make **absolutely sure** your application is complete and contains all the necessary documents. Here are a couple of links to our blog that can help:

What You Can Do to Prepare for the Second Round of SBA Funding

Step-by-Step Guide: Complete the Paycheck Protection Program (PPP) Loan Application

Revise or complete your application

***What else can I do while waiting for a second round of PPP funding?***

**GET INFORMED** - Watch this video **by our CEO, Brock Blake**. While developments are happening quickly, our live stream event from last Friday,

DEFENDANT'S EXHIBIT

**424**

April 17, 2020, on the CARES Act will tell you what you should expect for this next round. We invite you to watch the video for additional information.

**STAY INVOLVED** - We encourage you to reach out to your Senator and Representative to ask them to take action. The Senate is voting on it later this afternoon and the House later this week. We've put together a blog post with a sample script to use. You can also use ResistBot to send them an email, fax or letter. Text 'resist' to 50409 to make sure they know how important it is to act now.

**Stay healthy. Stay safe**. And please **stay in business**! We are in your corner!

# lendio

We Fuel the American Dream®

Lendio
4100 North Chapel Ridge Road, Suite 500
Lehi, UT 84043

This email advertisement was sent to: allison@allisonbaver.com

Update email preferences
Unsubscribe from all future emails

California loans made pursuant to the California Financing Law, Division 9 (commencing with Section 22000) of the Finance Code. All such loans made through Lendio Partners, LLC, a wholly-owned subsidiary of Lendio, Inc. and a licensed finance lender/broker, California Finance Lenders License No. 60DBO-44694.



**From:** Allison Baver allison@allisonbaver.com
**Subject:** Re: Allison Baver Entertainment
**Date:** April 23, 2020 at 10:03 AM
**To:** Jason Kirkham jason.kirkham@lendiolocal.com

Hello Jason,

Can you please help me get our PPP loan application pushed through?  I just finished submission on your website and really appreciate your help. It will help to continue operations on a TV show and films we had distribution for scheduled this year and projects that employ 430 people. You will find my good faith letter and Table of Contents uploaded to the file.  I have attached them here as well.

Thank you,

Allison Baver
Allison Baver Entertainment

PDF

Allison Baver
Enterta...nts.pdf



ENTERTAINMENT

RE:  Allison Baver Entertainment PPP Loan, Good Faith Letter

To Whom This May Concern,

Thank you for supporting Allison Baver Entertainment and our PPP loan financing. Please accept this as my good faith statement that the funds will paid back in full according to the loan terms.

Allison Baver Entertainment proudly began operations October 9th, 2019 and received an offer from A + E Network on November 25th, 2019 to distribute the TV show America's Angels in the 4th quarter of 2020.  Our slate of projects include America's Angels and two films and was scheduled to begin productions in the spring 2020, employing 430 people.

The COVID-19 pandemic has completely disabled Allison Baver Entertainment.  The timing of the pandemic has been right as we were gearing up to start productions and caused drastic financial investment losses preventing planned employment of these respective teams.

For this reason, Allison Baver Entertainment is applying for the PPP loan for $10M to continue our operations and finance employment lost due to COVID-19.  Nearly 90% of our total budget is labor costs directly employing workers in the gig industry with the remaining budget allocated to production utilities, rents, and insurance. We hope to save these jobs and with your loan approval grow Allison Baver Entertainment beyond these transformational times.

Enclosed, please find a Table of Contents with all of the information you will need including operational source documents along with our new business payroll and supporting materials for loan calculation.  I also want you to know, that America's Angels is a TV show to help women driven businesses.  With your approval of the PPP loan, we will have a positive impact on many for years to come.

Thank you again for supporting the PPP Loan for Allison Baver Entertainment.  If you have any questions, please contact me at allison@allisonbaver.com or (610)507-4508.

Thank you,

DEFENDANT'S
EXHIBIT

425

Allison Baver
Founder, Allison Baver Entertainment



On Apr 13, 2020, at 1:25 PM, Jason Kirkham <jason.kirkham@lendiolocal.com> wrote:

Allison
I am too busy processing existing applications at this time to take calls.  You can apply on my website at www.lendiolocal.com/utah
Attached is how to calculate the amounts and the documents we need.

## Jason Kirkham

Franchise Owner
Lendio Utah

801-675-8914 | 801-900-6962

jason.kirkham@lendiolocal.com

www.lendiolocal.com/utah



On Mon, Apr 13, 2020 at 1:21 PM Allison Baver <allison@allisonbaver.com> wrote:
Hi Jason,

My entertainment company was referred to you by the WBC. We need to apply for the PPP loan ASAP. I know you are busy. Can you please call me?

Thank you,

Allison Baver

Sent from my iPhone
<Calculating your loan amount (as of 4.11.20) (1).pdf><Lendio Utah PPP Loan Supporting Documents.pdf>

**From:** **Allison Baver** allison@allisonbaver.com 📎
**Subject:** Allison Baver Entertainment PPP Loan Application Package
**Date:** April 23, 2020 at 5:31 PM
**To:** Jason Kirkham jason.kirkham@lendiolocal.com

Hi Jason,

It was nice to speak with you.  Thank you for assisting with the PPP loan for Allison Baver Entertainment.  I have attached the application and loan package at the link below.  You should be able to share this link with your relationships and believe the files should be downloadable. Please let me know if you need any further access to download the documents.

You can find all of the loan documents here at the Google drive.  I have attached the PPP paper application, good faith letter and Table of Contents you will find in the google drive to this email, and oh a photo of me to put a face to a name. :-)

Allison Baver Entertainment PPP Loan:
https://drive.google.com/drive/folders/1wNNdx_5OZjtfSzfxK3YribK6GA_VuK6n?usp=sharing

Thank you SO much!

Allison Baver



ENTERTAINMENT

RE:  Allison Baver Entertainment PPP Loan, Good Faith Letter

To Whom This May Concern,

Thank you for supporting Allison Baver Entertainment and our PPP loan financing. Please accept this as my good faith statement that the funds will paid back in full according to the loan terms.

Allison Baver Entertainment proudly began operations October 9th, 2019 and received an offer from A + E Network on November 25th, 2019 to distribute the TV show America's Angels in the 4th quarter of 2020.  Our slate of projects include America's Angels and two films and was scheduled to begin productions in the spring 2020, employing 430 people.

The COVID-19 pandemic has completely disabled Allison Baver Entertainment.  The timing of the pandemic has been right as we were gearing up to start productions and caused drastic financial investment losses preventing planned employment of these respective teams.

For this reason, Allison Baver Entertainment is applying for the PPP loan for $10M to continue our operations and finance employment lost due to COVID-19.  Nearly 90% of our total budget is labor costs directly employing workers in the gig industry with the remaining budget allocated to production utilities, rents, and insurance.  We hope to save these jobs and with your loan approval grow Allison Baver Entertainment beyond these transformational times.

Enclosed, please find a Table of Contents with all of the information you will need including operational source documents along with our new business payroll and supporting materials for loan calculation.  I also want you to know, that America's Angels is a TV show to help women driven businesses.  With your approval of the PPP loan, we will have a positive impact on many for years to come.

Thank you again for supporting the PPP Loan for Allison Baver Entertainment.  If you have any questions, please contact me at allison@allisonbaver.com or (610)507-4508.

Thank you,

DEFENDANT'S EXHIBIT

**426**

Allison Baver
Founder, Allison Baver Entertainment



Allison Baver
Enterta...ion.pdf



Allison Baver
Enterta...nts.pdf



**Thanks for submitting yo...**
Sent via Marketing
**Apr 25**

**Lendio** *sent: April 25, 2020 7:05 PM via Marketing*
to allison@allisonbaver.com

April 25, 2020, 7:05 PM



We've received your PPP application!

Thank you for submitting your Payroll Protection Program (PPP) loan application to Lendio. You've taken the right first step to secure a portion of the CARES Act funding for your business.

Your application has been received and registered with Lendio. We will review your application for completeness and will let you know that your application either (1) has been submitted to one of our lender partners for funding, OR (2) needs additional information.

Applications with complete documentation get approved faster. Please review this application guide to ensure that you have submitted everything. If you have any doubts or feel that your application could use some more attention, please log back in to add it.

Stay Healthy. Stay Safe. Stay in Business. Save the American Dream!



FI-LE-ABE-01-00001

DEFENDANT'S EXHIBIT
429

**From:** **Allison Baver** allison@allisonbaver.com 📎
**Subject:** Allison Baver Entertainment New Business/Seasonal
**Date:** April 25, 2020 at 7:43 PM
**To:** Jason Kirkham  jason.kirkham@lendiolocal.com

Hello Jason,

Just wanted to let you know all of the files for Allison Baver Entertainment have been updated. I probably didn't need to send the project details, but you have them anyway to confirm my new and seasonal business was in operations prior to Feb. 15th.

Since the prior payroll is not applicable, I used the payroll season affected by COVID-19 for the calculation.  There is more information confirming this calculation on the treasury website.  Used the PPP calculator and uploaded that as well.

Thanks so much for pushing to get this in before the flood gates open!

Best,

Allison Baver

9. **Question:** My small business is a seasonal business whose activity increases from April to June.  Considering activity from that period would be a more accurate reflection of my business's operations.  However, my small business was not fully ramped up on February 15, 2020.  Am I still eligible?

**Answer:** In evaluating a borrower's eligibility, a lender may consider whether a seasonal borrower was in operation on February 15, 2020 or for an 8-week period between February 15, 2019 and June 30, 2019.

DEFENDANT'S
EXHIBIT

**430**

**You might miss out on PP...**
Sent via Marketing
**Apr 26**

**Lendio** *sent: April 26, 2020 6:35 PM via Marketing*
to allison@allisonbaver.com

April 26, 2020, 6:35 PM



PPP funds are disappearing! Your application needs some love.

**Your PPP application has been reviewed by Lendio and is missing critical information**. We cannot submit your application to our lenders until the missing information is supplied.

Based on how quickly funds evaporated in the previous round of PPP funding, **it's critical that you [review this blog](#) post for a list of the required information and documents and then** [log back in](#) to supplement anything that was missing.

We're proud to say that we have been able to help over 70,000 small businesses get approved for PPP funding. Most of our applicants represent very small businesses that would have otherwise not had access to these funds due to their own bank being unable or unwilling to participate in the program. We're on your side and want you to get the PPP relief you need!

[Log in and supplement your application](#)

Stay Healthy. Stay Safe. Stay in Business. Save the American Dream!



FI-LE-ABE-01-00001

DEFENDANT'S
EXHIBIT

**431**

### We've Submitted Your PPP...
Sent via Marketing
**Apr 27**
**Lendio** *sent: April 27, 2020 4:15 AM via Marketing*
to allison@allisonbaver.com

April 27, 2020, 4:15 AM



Your PPP Application Has Been Submitted To A Lender

What does this mean? This means, your PPP application has been sent to one of our lenders who works directly with the SBA for approval - **which usually happens within 24-48 hours. Once approved, we will notify you and provide your PPP reservation number**.

In the meantime, we recommend setting up a plan on how you will use the funds once they are received. Since the PPP loan is different from traditional loans, make sure you understand how you can use the funds so you are eligible for loan forgiveness that is part of this program. Set up your plan now.
Approved uses for PPP loans

Stay healthy. Stay safe. Stay in business. We are always in your corner!



FI-LE-ABE-01-00001

DEFENDANT'S EXHIBIT

**432**



ENTERTAINMENT

## Allison Baver Entertainment PPP Loan Application

Table of Contents

Allison Baver Entertainment Good Faith Letter

**Allison Baver Entertainment Operations Disabled due to COVID - 19**
**430 Total Jobs**
Budget:  $13.4M - 3 projects (America's Angels, Dead Princess, Monsters)
Project Timeline - 3 Months, Spring/Summer 2020
PPP Loan Request:  $10,000,000
PPP Loan Calculation:  Monthly Payroll Budget = $4,770,583 x 2.5 = $11,926,456

Allison Baver Entertainment Payroll Budget - Spring 2020
Allison Baver Entertainment Payroll Audit 4-22-20

Oct. 2019
Allison Baver Entertainment EIN
Allison Baver Entertainment Articles of Incorporation
Allison Baver Entertainment Business Registration
Allison Baver Entertainment Form 2553 S-Corp Election pending approval for 2019 Tax Filing
Allison Baver Driver License Front/Back

Nov. 25, 2019
ABE - AMERICA'S ANGELS DISTRIBUTION OFFER 11_25_2019_ FYI_Lifetime Digital_4Q20
ABE - America's Angels Budget - $4.1M / 80 Employees
ABE - America's Angels Format Edits 8-23-2019
ABE - America's Angels Overview
FYI At-A-Glance 3Q19
LIFETIME At-A-Glance 3Q19

Dec. 2019
ABE Dec. 2019 Entertainment Attorney Engagement Receipt .pdf

Jan. 2020
Allison Baver CC Receipt 1-2-20 for ABE Entertainment Attorney.pdf

Jan. 7th, 2020
ABE - January 7th, 2020 Production Engagement for Dead Princess
ABE - April 7, 2020 Dead Princess Castel Studio Production Proposal Apology for COVID-19 Delays
ABE - Dead Princess Budget - $6.3M / 215 Employees
ABE - Dead Princess Script
ABE - Dead Princess Film Presentation
ABE - Dead Princess Locations
ABE - Dead Princess Purchase Agreement

Feb. 2, 2020
ABE - Monsters Engagement Letter
ABE - Monsters Budget V3 - $3M / 135 Employees
ABE - Monsters Script _01_02_2020_R1
ABE - Monsters Film Presentation
ABE - Monsters Purchase Agreement

March 2020
All productions disabled due to COVID - 19
PPP Loan usage, for Allison Baver Entertainment to continue employment and operations

DEFENDANT'S
EXHIBIT

**437-A**